423 A.2d 1322

Commonwealth v. Whittaker, Appellant.

Submitted June 29, 1979. Basil G. Russin, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before PRICE, GATES and DOWLING, JJ.*

Judgment of sentence affirmed.

423 A.2d 1323

Barthol v. Bollinger, Appellant.

Argued September 10, 1979. Gary F. Dobias, for appellant; Edward H. Vermillion, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and LIPEZ, JJ.

Order affirmed.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.